| | |
|---|---|
| 1 | Bradford K. Newman, State Bar No. 178902 |
| | bradford.newman@bakermckenzie.com |
| 2 | Colin H. Murray, State Bar No. 159142 |
| | colin.murray@bakermckenzie.com |
| 3 | Aaron T. Goodman, State Bar No. 330791 |
| | aaron.goodman@bakermckenzie.com |
| 4 | Kelton N. Murphy, State Bar No. 340366 |
| | kelton.basirico@bakermckenzie.com |
| 5 | **BAKER & McKENZIE LLP** |
| | 600 Hansen Way |
| 6 | Palo Alto, CA  94304-1044 |
| | Telephone: +1 650 856 2400 |
| 7 | Facsimile:  +1 650 856 9299 |
| 8 | Attorneys for Defendants |
| | DFINITY STIFTUNG, DOMINIC WILLIAMS |
| 9 | and GIAN BOCHSLER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFTYCHIOS THEODORAKIS, | Case No. 3:23-cv-02280-AMO |
| Plaintiff, | **DEFENDANT DFINITY STIFTUNG'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE** |
| vs. | |
| DFINITY STIFTUNG, DOMINIC WILLIAMS, and GIAN BOCHSLER, | **[Civil L.R. 3-15]** |
| Defendants. | Judge:  Hon. Araceli Martínez-Olguín |
| | Ctrm.:   10 — 19th Floor |
| | Complaint Filed: May 10, 2023 |
| | FAC Filed: August 31, 2023 |

CASE NO. 3:23-cv-02280
DEFENDANT DFINITY STIFTUNG'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to United States District Court, Northern District of California Civil Local Rule 3-15, Defendant DFINITY *Stiftung* (the "Foundation"), by and through its attorneys, hereby certifies that the following listed parties may have either: (i) a financial interest in the subject matter in controversy or in a party to this proceeding or (ii) an interest that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Interest** |
|---|---|
| Eftychios Theodorakis | Plaintiff |
| Dominic Williams | Defendant |
| Gian Bochsler | Defendant |
| DFINITY *Stiftung* | Defendant |
| DFINITY USA Research LLC | Party to Separation Agreement with Plaintiff |

Pursuant to Federal Rules of Civil Procedure Rule 7.2 the undersigned further certifies that the Foundation is, and at all times has been, registered in Switzerland.

Dated: November 29, 2023         BAKER & McKENZIE LLP


By: /s/ Bradford K. Newman
    Bradford K. Newman
    Colin H. Murray
    Aaron T. Goodman
    Kelton N. Murphy
    Attorneys for Defendants
    DFINITY STIFTUNG, DOMINIC WILLIAMS
    and GIAN BOCHSLER