# ZUSTELLUNGSZEUGNIS
## CERTIFICATE / ATTESTATION

**Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,/
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

Obergericht des Kantons Zürich
Internationale Rechtshilfe angeben:
Bitte folgende Referenz angeben:

**WR230824-O**

☒ **1. dass der Antrag erledigt worden ist***
that the document has been served*
que la demande a été exécutée*

| | |
|---|---|
| **am (Datum):** the (date) / le (date) : | 18.10.2023 |
| **in (Ort, Straße, Nummer):** at (place, street, number) / à (localité, rue, numéro) : | Bochsler Gian Alexandre, c/o DFINITY Stiftung, Genferstr. 11, 8002 Zürich |

**in einer der folgenden Formen nach Artikel 5:**
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☒ a) **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *)**
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) **in der folgenden besonderen Form*:**
in accordance with the following particular method*:
selon la forme particulière suivante* :

☐ c) **durch einfache Übergabe***
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

**Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:**
The documents referred to in the request have been delivered to: / Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Name und Stellung der Person:** Identity and description of person : Identité et qualité de la personne : | Bajraliu Liadrit, Angestellte/r |
| **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:** Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte*:**
that the document has not been served, by reason of the following facts*: / que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ **Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Anlagen** / Annexes / Annexes

| | |
|---|---|
| **Zurückgesandte Schriftstücke:** Documents returned: Pièces renvoyées : | |
| **Gegebenenfalls Erledigungsstücke:** In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | Obergericht des Kantons Zürich Internationale Rechtshilfe [stamp] |

* Wenn zutreffend / if appropriate / s'il y a lieu

| **Ausgefertigt in** Done at / Fait à | **Unterschrift und/oder Stempel** Signature and/or stamp / Signature et/ou cachet |
|---|---|
| **am** the / le   Zürich, 19.10.2023 | |

N.D. Cal. 3:23-cv-02280                                     Generated by: **HAGUE ENVOY**

# ANTRAG AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Bezeichnung und Anschrift der ersuchenden Stelle<br>Identity and address of the applicant / *Identité et adresse du requérant* | Anschrift der Bestimmungsbehörde<br>Address of receiving authority / *Adresse de l'autorité destinataire* |
|---|---|
| Aaron Lukken, Attorney/RA<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131, USA<br>E: Lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 | Obergericht des Kantons Zürich<br>Internationale Rechtshilfe<br>Hirschengraben 13/15<br>Postfach<br>8021 Zürich<br>Switzerland |

*Stamp: Obergericht des Kantons Zürich, Internationale Rechtshilfe, Bitte folgende Referenz immer angeben: WR230824-0*

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich:
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, *i.e.*:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(Name und Anschrift)** / (identity and address) / *(identité et adresse)*

**Gian Bochsler**
(at DFINITY Stiftung)
Genferstraße 11
8002 Zürich

| | | |
|---|---|---|
| ☒ | a) | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)*)**<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)*|
| ☐ | b) | **in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)*):**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:* |
| ☐ | c) | **gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.**<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

**Verzeichnis der Schriftstücke** ~ List of documents / *Énumération des pièces*

Hague WARNING; Summary of the Document to Be Served; Summons in a Civil Action; First Amended Complaint for Damages and Injunctive Relief; Order Setting Initial Case Management Conference and ADR Deadlines; Civil Standing Order for Magistrate Judge Alex G. Tse; Joint Case Management Statement and [Proposed] Order; Consent or Declination to Magistrate Judge Jurisdiction

\* Wenn zutreffend. ~ if appropriate / *s'il y a lieu*

| Ausgefertigt in - Done at / *Fait à*<br>Kansas City, Missouri USA<br>am ~ the / *le*<br>9. Oktober 2023 | Unterschrift und / oder Stempel<br>Signature and/or stamp / *Signature et / ou cachet*<br>*[signature]* |
|---|---|

N.D. Cal. 3:23-cv-02280                                    Generated by: **HAGUE ENVOY**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben:

**WR230824-0**

| | |
|---|---|
| EFTYCHIOS THEODORAKIS | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:23-cv-02280-AGT |
| DFINITY STIFTUNG, DOMINIC WILLIAMS, and GIAN BOCHSLER | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GIAN BOCHSLER
GENFERSTRASSE 11
ZÜRICH, ZÜRICH 8002
SWITZERLAND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   AMIEL L. WADE
EVAN LIVINGSTONE
WADE LAW GROUP
262 East Main Street
Los Gatos, CA 95030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
Mark B. Busby

Thelma Nudo
*Signature of Clerk or Deputy Clerk*

Date:      5/11/2023

AO 440 (Überarb. 06/12) Aufforderung in einer Zivilklage

# BEZIRKSGERICHT DER VEREINIGTEN STAATEN VON AMERIKA

für den

nördlichen Bezirk von Kalifornien

|  |  |
|---|---|
| EFTYCHIOS THEODORAKIS <br><br> *Kläger(in:nen)* <br><br> gegen <br><br> DFINITY STIFTUNG, DOMINIC WILLIAMS, und GIAN BOCHSLER <br><br> *Beklagte(r)* | Zivilklage mit dem Az. 3:23-cv-02280 -AG T |

## AUFFORDERUNG IN EINER ZIVILKLAGE

**An:** *(Name und Anschrift des/der Beklagten)*   GIAN BOCHSLER,
GENFERSTRASSE 11,
ZÜRICH, 8002 ZÜRICH,
SCHWEIZ

Gegen Sie ist eine Klage eingereicht worden.

Innerhalb von 21 Tagen nach der Zustellung dieser an Sie gerichteten Aufforderung (ohne Berücksichtigung des Ereignistages, an dem Sie bei Ihnen eingegangen ist) — oder 60 Tagen, wenn Sie die Vereinigten Staaten von Amerika, eine US-amerikanischen Behörde, Beamter oder Angestellter der Vereinigten Staaten von Amerika laut Beschreibung in der föderalen Zivilprozessordnung der USA (Fed. R. Civ. P.) § 12 Buchst. (a) Nr. (2) oder (3) sind — müssen Sie dem Kläger eine Erwiderung auf die beigefügte Klageschrift oder einen Antrag gemäß der Norm (Rule) 12 der föderalen ZPO der USA (Federal Rules of Civil Procedure) zustellen. Die Erwiderung oder der Antrag muss dem Kläger oder dem Rechtsanwalt des Klägers, dessen Name und Anschrift folgende sind, zugestellt werden:

AMIEL L. WADE
EVAN LIVINGSTONE
WADE LAW GROUP
262 East Main Street
Los Gatos, Kalifornien (CA) 95030 - USA

Falls Sie es versäumen, Stellung zu beziehen, ergeht ein Versäumnisurteil gegen Sie mit dem in der Klageschrift beantragten Tenor. Sie müssen Ihre Erwiderung oder Ihren Antrag ebenfalls bei Gericht einreichen.

[siegel: BEZIRKSGERICHT DER VEREINIGTEN STAATEN VON AMERIKA FÜR DEN NÖRDLICHEN BEZIRK VON KALIFORNIEN]

*GERICHTSBEDIENSTETE(R)*
*Mark B. Busby*

Datum: _____11.5.2023_____

[UNTERSCHRIFT]
*Unterschrift des/der Gerichtsbediensteten oder der Vertretung*