| | |
|---|---|
| 1 | Bradford K. Newman, State Bar No. 178902 |
|   | bradford.newman@bakermckenzie.com |
| 2 | Colin H. Murray, State Bar No. 159142 |
|   | colin.murray@bakermckenzie.com |
| 3 | Aaron T. Goodman, State Bar No. 330791 |
|   | aaron.goodman@bakermckenzie.com |
| 4 | Kelton N. Murphy, State Bar No. 340366 |
|   | kelton.basirico@bakermckenzie.com |
| 5 | **BAKER & McKENZIE LLP** |
|   | 600 Hansen Way |
| 6 | Palo Alto, CA 94304-1044 |
|   | Telephone: +1 650 856 2400 |
| 7 | Facsimile: +1 650 856 9299 |
| 8 | Attorneys for Defendants |
|   | DFINITY STIFTUNG, DOMINIC WILLIAMS |
| 9 | and GIAN BOCHSLER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFTYCHIOS THEODORAKIS, | Case No. 3:23-cv-02280-AMO |
| Plaintiff, | **DEFENDANTS' STATEMENT OF RECENT DECISION** |
| vs. | |
| DFINITY STIFTUNG, DOMINIC WILLIAMS, and GIAN BOCHSLER, | Date:   May 2, 2024 |
|   | Time:   2:00 p.m. |
|   | Ctrm.:  10 — 19th Floor |
| Defendants. | Judge:  Hon. Araceli Martínez-Olguín |
|   | Complaint Filed: May 10, 2023 |
|   | FAC Filed: August 31, 2023 |

1 | Pursuant to Civil Local Rule 7-3(d)(2), Defendants DFINITY *Stiftung*, Dominic Williams and Gian Bochsler ("Defendants") hereby submit the following relevant judicial opinion issued after the date Defendants' filed their Reply briefs – on January 17, 2024 (Dkt. Nos. 39, 40, 41), in support of their Motions to Dismiss (Dkt. Nos. 17, 18, 19), as follows:

Stevenson v. Thornburgh, Case No. 23 Civ. 4458; 23 Civ. 4813, 2024 U.S. Dist. LEXIS 26313, at *3 (S.D.N.Y. Feb. 14, 2024).

A copy of this decision is attached hereto as **Exhibit A**.

Dated:  February 20, 2024

Respectfully Submitted,

BAKER & McKENZIE LLP

By: /s/ Aaron T. Goodman
Bradford K. Newman
Colin H. Murray
Aaron T. Goodman
Kelton N. Murphy
Attorneys for Defendants
DFINITY STIFTUNG, DOMINIC WILLIAMS
and GIAN BOCHSLER