UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EFTYCHIOS THEODORAKIS,

            Plaintiff,

     v.

DFINITY STIFTUNG, et al.,

            Defendants.

Case No.23-cv-02280-AMO

**JUDGMENT**

      On March 14, 2025, the Court granted Defendants' motions to dismiss.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment.  The Clerk of Court shall close the file in this matter.

      **IT IS SO ORDERED.**

Dated: March 14, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**